UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

---

JIMINY PEAK MOUNTAIN RESORT, LLC,
    Plaintiff,

v.

WIEGAND SPORTS, LLC AND NAVIGATORS
SPECIALTY INSURANCE CO.,
    Defendants

---

Civil Action No.: 14-cv-40115-MGM

## MOTION UPON STIPULATION OF THE PARTIES TO EXTEND DEADLINE FOR WEIGAND SPORTS, LLC TO FILE RESPONSIVE PLEADING

Weigand Sports, LLC, with the agreement of the Plaintiff, Jiminy Peak Mountain Resort, LLC, moves for a short extension of time for Wiegand to file a responsive pleading to November 25, 2014.

| The Plaintiff, | The Defendant, |
|---|---|
| JIMINY PEAK MOUNTAIN RESORT, LLC<br>By Its Attorneys, | WIEGAND SPORTS, LLC<br>By Its Attorneys, |
| /s/ Matthew D. Sweet<br>Matthew D. Sweet, BBO #676083<br>24 Federal Street, 1th Floor<br>Boston, MA  02110<br>Tel:  (617) 482-0007<br>msweet@hmdrslaw.com | /s/ Jeffrey E. Poindexter<br>Jeffrey E. Poindexter, Esq. (BBO# 631922)<br>Bulkley, Richardson & Gelinas, LLP<br>1500 Main Street, Suite 2700<br>Springfield, MA 01115<br>Tel:  413-781-2820; Fax 413-272-6803<br>jpoindexter@bulkley.com |

Dated:  October 29, 2014

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identify on the Notice of Electronic filing on October 29, 2014.

                                            */s/ Jeffrey E. Poindexter*
                                            Jeffrey E. Poindexter

1879793v1